*E-FILED - 1/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON WILBERT JOHNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**LLOYD THOMPSON, et al.,**<br><br>Defendants. | C 10-2373 RMW (PR)<br><br>[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

    Defendants Bristow and Reich (Defendants) have filed a request for an extension of time of time of fifty-eight days, up to and including December 23, 2010, in which to file a dispositive motion. This Court has reviewed Defendants' request and the declaration of Brendan M. Kenny, and finds good cause to GRANT the request. Accordingly, Defendants are granted up to and including, **December 23, 2010** to file a dispositive motion. Plaintiff Jason Johnson shall file an opposition no later than **January 24, 2011**. Defendants shall file a reply brief no later than fifteen days after Johnson's opposition brief is filed with the Court.

Dated:   1/25/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1

[] Order Order Granting Defs.' Mot. Change Time  (C 10-2373 RMW)